**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1202

NELSON L. BRUCE,

       Plaintiff - Appellant,

    v.

BANK OF AMERICA, N.A., a/k/a Bank of America; CARRINGTON MORTGAGE SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.,

       Defendants - Appellees.

Appeal from the United States District Court for the District of South Carolina, at Charleston.  Bruce H. Hendricks, District Judge.  (2:20-cv-03778-BHH)

Submitted:  August 23, 2022                    Decided:  August 25, 2022

Before HEYTENS, Circuit Judge, and KEENAN, Senior Circuit Judge.[*]

Affirmed by unpublished per curiam opinion.

Nelson L. Bruce, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

---

[*] The opinion is filed by a quorum of the panel pursuant to 28 U.S.C. § 46(d).

PER CURIAM:

Nelson L. Bruce appeals the district court's order denying relief on his Fed. R. Civ. P. 60(b) motions for relief from the court's prior order dismissing his civil action. We have reviewed the record and discern no abuse of discretion. *Aikens v. Ingram*, 652 F.3d 496, 501 (4th Cir. 2011) (providing standard of review). Accordingly, we affirm the district court's order. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*